Carolyn E. O'CONNOR, Plaintiff–Appellant,

v.

UNITED STATES of America, Defendant–Appellee.

No. 14–1781.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 18, 2014.

Decided: Nov. 20, 2014.

Carolyn E. O'Connor, Appellant pro se.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carolyn E. O'Connor appeals the district court's order denying her motion to proceed in forma pauperis because she failed to comply with a pre-filing injunction imposed by that court in 2006. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal. *O'Connor v. United States,* No. 3:14–mc–00004–JRS (E.D.Va. filed June 17, 2014, entered Aug. 4, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*